No. 97–358. PRICE ET AL. v. FCC NATIONAL BANK. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–360. UNITED STATES SURGICAL CORP. v. ETHICON, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 97–362. BROWN ET UX., INDIVIDUALLY AND AS GUARDIANS AND NATURAL PARENTS OF BROWN ET AL. v. AMERICAN MOTOR-ISTS INSURANCE CO. C. A. 3d Cir. Certiorari denied.

No. 97–364. NIDDS v. SCHINDLER ELEVATOR CORP. C. A. 9th Cir. Certiorari denied.

No. 97–366. MCGAHREN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MCGAHREN v. FIRST CITIZENS BANK & TRUST CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–368. WHITE v. PROVIDENT LIFE & ACCIDENT INSUR-ANCE CO. C. A. 4th Cir. Certiorari denied.

No. 97–374. SIGMON ET AL. v. SOUTHWEST AIRLINES CO. C. A. 5th Cir. Certiorari denied.

No. 97–379. DARAKSHAN ET AL. v. CITY OF BERKELEY ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–380. BESTROM v. BANKERS TRUST CO. C. A. 8th Cir. Certiorari denied.

No. 97–383. VOINCHE v. FEDERAL BUREAU OF INVESTIGATION. C. A. D. C. Cir. Certiorari denied.

No. 97–389. SMILEY v. KENTUCKY. Cir. Ct. Hardin County, Ky. Certiorari denied.

No. 97–390. HARRIS v. JENSEN ET AL. C. A. 11th Cir. Cer-tiorari denied.

No. 97–396. EDWARDS v. ARKANSAS. Sup. Ct. Ark. Certio-rari denied.